McDANIEL v. STATE. (No. 783.)

(Court of Civil Appeals of Texas. El Paso. Jan. 17, 1918.)

APPEAL AND ERROR ☞608(1)—TRANSCRIPT—DEFAULT JUDGMENT — NECESSITY OF CITATION OF RETURN.

Where transcript on writ of error to review default judgment does not show that defendants appeared, and does not contain the citation and return, the judgment must be reversed; the mere recital that defendants were duly served being insufficient.

Error from District Court, Reeves County; S. J. Isaacks, Judge.

Action by the County Attorney of Reeves County, in the name of the State, to enforce collection of delinquent taxes, against Elzada McDaniel. From a default judgment for plaintiff, defendant brings error. Reversed and remanded.

Ben Palmer, of Pecos, Grisham & Grisham, of Sweetwater, and R. N. Grisham, of Ft. Worth, for plaintiff in error. J. A. Drane, of Pecos, for the State.

HARPER, C. J. This suit was instituted by the county attorney of Reeves county, Tex., in the name of the state of Texas to enforce the collection of delinquent taxes due on certain described lands, and this appeal is prosecuted from a judgment by default for the amount of state and county taxes, interest and penalties alleged to be due against M. Meierhoffer and Elzada McDaniels, a widow, and Leo McDaniels, a minor.

The transcript does not show any appearance by defendants, nor does it contain the citation and return, as required by statute. Without the citation and return we cannot determine whether there is such issuance, service, and return of process as is necessary to support a judgment by default, and it is not sufficient that the judgment contains the recital that defendants were duly served with citation. Palomas Land & Cattle Co. v. Good, 184 S. W. 805.

For which reason the cause must be reversed and remanded, and it is so ordered.

WALTHALL, J., did not sit, being absent on committee of judges assisting the Supreme Court.

―――――――

McDANIEL v. STATE. (No. 784.)

(Court of Civil of Appeals of Texas. El Paso. Jan. 17, 1918.)

Error from District Court, Reeves County; S. J. Isaacks, Judge.

Action by the County Attorney of Reeves County, in the name of the State, to enforce collection of delinquent taxes, against Elzada McDaniel. From a default judgment for plaintiff, defendant brings error. Reversed and remanded.

Ben Palmer, of Pecos, Grisham & Grisham, of Sweetwater, and R. N. Grisham, of Ft. Worth, for plaintiff in error. J. A. Drane, Co. Atty., of Pecos, for the State.

HARPER, C. J. In this cause we find the same parties and same cause of action—suit for taxes upon a different tract of land; judgment by default for state reversed and remanded for same reason as in No. 783, 200 S. W. 411, this day handed down.

WALTHALL, J., did not sit, being absent on committee of judges assisting the Supreme Court.